# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Starrett, Keith | U.S. District Court for the Southern Division of Mississippi | 06/25/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/2013 to 12/31/2013 |

**7. Chambers or Office Address**

701 N. Main Street
Suite 228
Hattiesburg, MS 39401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Director | M-J-K, Inc. |
| 2. | Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 3. | Director | National Association of Drug Court Professionals |
| 4. | Member | Progress Timberlands LLC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2004 | Mississippi State Employees Pension Fund; Remainder of pension payments |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $519.84 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Business Institute | 5/16/2013 - 5/17/2013 | Jackson, MS | Panelist on Judicial Forum | lodging, mileage, meals |
| 2. | National Association of Drug Court Professionals | 7/11/2013 - 7/17/2013 | Washington National Harbour, Maryland | Annual Training Conference/ Board Meeting | lodging, mileage, meals |
| 3. | National Association of Drug Court Professionals | 10/2/2013 - 10/4/2013 | Washington, D.C. | Executive Summit on Justice Reform | lodging, mileage, meals |
| 4. | National Associaion of Drug Court Professionals | 11/21/2013 - 11/24/2013 | Anaheim, CA | Board Orientation/ Meeting | lodging, mileage, meals |
| 5. | National Association of Drug Court Professionals | 12/3/2013 - 12/5/2013 | Washington, D.C. | Veteran's Court Meeting | lodging, mileage, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 06/25/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First South Ag Credit | Real Estate Loans (2) | P1 |
| 2. | Renaisant Bank | Real Estate Loan | P1 |
| 3. | First Bank of Southwest Mississippi | Real Estate Loan | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Trust #1 Keith Starrett Self-Employed Ret. Plan & Trust | F | Int./Div. | P1 | W | | | | | |
| 2. | Assets of Trust | | Rent | | | | | | | |
| 3. | Assets of Trust | | Royalty | | | | | | | |
| 4. | -SLIAX Mutual Fund | | | | | | | | | |
| 5. | -SLBAX Mutual Fund | | | | | | | | | |
| 6. | -ABALX Mutual Fund | | | | | | | | | |
| 7. | -MNT | | | | | Sold | 02/12/13 | J | A | |
| 8. | -NRG | | | | | Sold | 02/12/13 | J | A | |
| 9. | -United Airline (Duplication; see VIII) | | | | | | | | | |
| 10. | -Great Plains Energy | | | | | | | | | |
| 11. | -AIG Bond | | | | | | | | | |
| 12. | -Proctor & Gamble | | | | | Sold | 03/14/13 | J | A | |
| 13. | -Aurico Gold | | | | | Sold | 07/15/13 | J | | |
| 14. | -Timberland Copiah Co., MS | | | | | | | | | |
| 15. | -Timberland Attala Co., MS | | | | | | | | | |
| 16. | -Pike County National Bank Common Stock | | | | | | | | | |
| 17. | -Guardian Life Insurance Policies | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Tutor Perini Bond | | | | | | | | | |
| 19. -Dodge & Cox Income Fund | | | | | Buy (add'l) | 07/15/13 | L | | |
| 20. -AK Steel Corp Bond | | | | | | | | | |
| 21. -Champion Intl Cor Bond | | | | | | | | | |
| 22. -Dyncorp Intl Bond | | | | | | | | | |
| 23. -Exide Technology Bond | | | | | | | | | |
| 24. -Roadhouse Fin Bond | | | | | | | | | |
| 25. -Stonemore Oper Bond | | | | | Redeemed | 03/15/13 | J | | |
| 26. -United Refining Bond | | | | | | | | | |
| 27. ▨ Charles Schwab Brokerage Acct., All investment | | | | | | | | | |
| 28. Decisions made by Independent Advisors | | | | | | | | | |
| 29. UAL Corp. (Bond) | A | Interest | K | T | | | | | |
| 30. Whole Foods Market, Inc. | A | Dividend | J | T | | | | | |
| 31. Emerson Electric Co | A | Dividend | K | T | | | | | |
| 32. Enterprise Energy Partners LLC | B | Dividend | K | T | | | | | |
| 33. Qualcomm Inc | A | Dividend | L | T | | | | | |
| 34. Continental Airlines; (Duplication- Name Change) see VIII | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EZ Chip Semiconductor | | None | K | T | | | | | |
| 36. Laboratory Corp of America | | None | | | Sold | 04/29/13 | J | B | |
| 37. Newmont Mining Bond **Duplication with Line 40 | A | Interest | J | T | | | | | |
| 38. Market Vector Gold | A | Dividend | J | T | | | | | |
| 39. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 40. Newmont Mining Convertible Debenture | A | Interest | J | T | | | | | |
| 41. Vivus, Inc. | | None | J | T | | | | | |
| 42. Nevada Copper Company | | None | J | T | | | | | |
| 43. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 44. Compugen Ltd. | | None | J | T | | | | | |
| 45. Ensco Int | A | Dividend | K | T | | | | | |
| 46. Mosaic, Inc. | A | Dividend | K | T | | | | | |
| 47. Phosphate Holdings | | None | J | T | | | | | |
| 48. Freeport McMoran Copper and Gold | A | Dividend | K | T | | | | | |
| 49. A K Steel | | None | J | T | | | | | |
| 50. Schnitzer Steel | A | Dividend | J | T | | | | | |
| 51. Teck Resources, Ltd. *Duplication with Line 56 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UAL Corp.; Duplication; Name Change - see VIII) | B | Interest | K | T | | | | | |
| 53. Qualcomm, Inc. | A | Dividend | L | T | | | | | |
| 54. United Continential Holdings | | None | J | T | | | | | |
| 55. U.S. Airways (Merged with American Airlines 12/9/13) | | None | K | T | | | | | |
| 56. Teck Resources, Ltd. | A | Dividend | K | T | | | | | |
| 57. CF Industries Holdings, Inc. | A | Dividend | | | Sold | 06/03/13 | J | C | |
| 58. Calpine Corp. | | None | J | T | Sold (part) | 03/21/13 | J | A | |
| 59. Intel | A | Dividend | J | T | Buy | 1/9/13 | J | | |
| 60. Net App Bond | A | Interest | | | Buy | 01/14/13 | J | | |
| 61. Net App Bond | A | Interest | | | Sold | 06/01/13 | J | A | |
| 62. Net App Inc. | | None | J | T | Buy | 06/05/13 | J | | |
| 63. Corning, Inc. | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 64. Helmerich & Payne | A | Dividend | J | T | Buy | 09/05/13 | J | | |
| 65. Devon Energy | A | Dividend | J | T | Buy | 09/18/13 | J | | |
| 66. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 67. Investment Advisors. Held by Charles Schwab | E | Int./Div. | P1 | T | | | | | |
| 68. -Aurico Gold | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Netlogic Microsystems | | | | | Sold | 06/18/13 | J | A | |
| 70. -Tower Semiconductor | | | | | | | | | |
| 71. -United Continental Holdings, Inc. | | | | | | | | | |
| 72. -Sandisk Bond | | | | | | | | | |
| 73. -Wave Systems | | | | | | | | | |
| 74. -Troy Resources | | | | | | | | | |
| 75. -Quicklogic Corp | | | | | | | | | |
| 76. -AK Steel Holdings | | | | | | | | | |
| 77. -Compugen Ltd. | | | | | | | | | |
| 78. -Hercules Offshore | | | | | | | | | |
| 79. -Patterson Energy | | | | | Sold | 02/05/13 | J | B | |
| 80. -Micron Tech | | | | | Sold | 06/21/13 | J | C | |
| 81. -Laboratory Corp of America | | | | | Sold | 04/12/13 | J | A | |
| 82. -Liberty Mines (Name Changed to Northern Sun Mining Co) | | | | | | | | | |
| 83. -Ivernia Inc. | | | | | Sold | 06/25/13 | J | A | |
| 84. -Intel Corp.* Duplication with Line 143 | | | | | | | | | |
| 85. -Phosphate Holdings, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Dana Holding Corp. | | | | | Sold | 04/23/13 | J | A | |
| 87. -Advanced Micro Devices | | | | | Sold | 04/23/13 | J | C | |
| 88. -Vivus, Inc. | | | | | | | | | |
| 89. -Breakwater Resources Ltd. new | | | | | Redeemed | 04/12/13 | J | A | |
| 90. -Century Aluminum | | | | | | | | | |
| 91. -Anadigics, Inc. | | | | | | | | | |
| 92. -Rowan Companies | | | | | Sold | 09/05/13 | K | B | |
| 93. -Amgen, Inc. | | | | | | | | | |
| 94. -Ebay, Inc. | | | | | Sold | 11/06/13 | K | C | |
| 95. -Emerson Electric | | | | | | | | | |
| 96. -EZ Chip Semiconductor | | | | | | | | | |
| 97. -Qualcomm | | | | | | | | | |
| 98. -Schnitzer Steel | | | | | | | | | |
| 99. -Xilinx, Inc. (Convertable Bond) | | | | | Sold | 07/18/13 | K | C | |
| 100. -Northgate Minerals Corp. | | | | | Sold | 07/18/13 | J | | |
| 101. -Mercator Minerals | | | | | Sold | 06/25/13 | J | | |
| 102. -Whole Foods Market, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Steel Dynamics (Convertible Bond) | | | | | | | | | |
| 104. -Newmont Mining (Convertible Bond) | | | | | | | | | |
| 105. -Freeport McMoran Copper and Gold | | | | | | | | | |
| 106. -Market Vectors Gold Miners ETF | | | | | | | | | |
| 107. -Micron Technology (Convertible Bond) | | | | | | | | | |
| 108. -Caterpillar, Inc. *Duplication wtih Line 153 | | | | | | | | | |
| 109. -Tata Motors | | | | | | | | | |
| 110. -Ensco Int. | | | | | | | | | |
| 111. -UAL Corp. (Bond) | | | | | | | | | |
| 112. -Teck Resources | | | | | | | | | |
| 113. -Newmont Mining | | | | | | | | | |
| 114. -International Paper | | | | | | | | | |
| 115. -Castle AM & Co | | | | | Sold | 02/05/13 | J | B | |
| 116. -Hospitality Properties Trust | | | | | | | | | |
| 117. -Advanced Micro Dev. (Convertable Bond) | | | | | | | | | |
| 118. -U.S. Steel (Bond) | | | | | | | | | |
| 119. -Google, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Netlogic, Inc. | | | | | Sold | 06/18/13 | J | A | |
| 121. -Calpine Corp *Duplication with Line 141 | | | | | | | | | |
| 122. -Orko Silver Corp | | | | | Sold | 04/18/13 | J | | |
| 123. -Global Silver Mines, ETF | | | | | | | | | |
| 124. -T-3 Motion | | | | | Sold | 06/13/13 | J | | |
| 125. -CF Holdings | | | | | Sold | 09/19/13 | J | B | |
| 126. -Apple Inc. | | | | | | | | | |
| 127. -Delta Airlines | | | | | | | | | |
| 128. -Diana Containers | | | | | Sold | 08/20/13 | J | | |
| 129. -Dupont E I DE Nemours | | | | | | | | | |
| 130. -Proctor & Gamble | | | | | | | | | |
| 131. -US Steel Corp Bond | | | | | | | | | |
| 132. -L3 Communications Bond | | | | | | | | | |
| 133. -U S Airways (Merged with American Airlines 12/9/13) | | | | | | | | | |
| 134. -Raytheon Corp | | | | | | | | | |
| 135. -Navistar International Bond | | | | | | | | | |
| 136. -Mosaic Co. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Evogene Ltd | | | | | | | | | |
| 138.  -Intel Corp | | | | | Buy | 01/07/13 | J | | |
| 139.  -U.S. Steel | | | | | Buy | 03/21/13 | K | | |
| 140.  -Coeur Mining, Inc. | | | | | Buy | 04/18/13 | J | | |
| 141.  -Calpine Corp. | | | | | Sold (part) | 05/17/13 | J | B | |
| 142.  -Micron Technology Bond | | | | | Buy (add'l) | 05/24/13 | J | | |
| 143.  -Intel Corp Bond | | | | | Buy | 06/18/13 | K | | |
| 144.  -Walmart Stores | | | | | Buy | 06/27/13 | J | | |
| 145.  -Walmart Stores | | | | | Sold | 08/02/13 | J | A | |
| 146.  -Linear Technology Bond | | | | | Buy | 07/26/13 | J | | |
| 147.  -Quicklogic Corp | | | | | Buy (add'l) | 08/02/13 | J | | |
| 148.  -AK Steel Bond | | | | | Buy | 08/08/13 | K | | |
| 149.  -Coeur Mining, Inc. | | | | | Buy | 08/20/13 | J | | |
| 150.  -U.S. Airways Group (Merged with American Airlines) | | | | | Buy | 08/20/13 | J | | |
| 151.  -Helmerich & Payne | | | | | Buy | 09/05/13 | J | | |
| 152.  -Corning, Inc. | | | | | Buy | 10/07/13 | J | | |
| 153.  -Caterpillar, Inc. | | | | | Buy | 11/06/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -A.K. Steel Corp. | | | | | Buy (add'l) | 11/06/13 | J | | |
| 155. -U.S. Steel | | | | | Buy (add'l) | 11/06/13 | K | | |
| 156. -Micron Technology Bond | | | | | Sold | 11/26/13 | K | C | |
| 157. -Tower Semiconductor | | | | | Buy (add'l) | 12/20/13 | J | | |
| 158. -American Airlines | | | | | Buy | 12/09/13 | J | | |
| 159. Other Assets Owned Individually by Keith Starrett | | | | | | | | | |
| 160. Rental Property No. 1; McComb, Pike Co., MS | F | Rent | O | W | | | | | |
| 161. Rental Property No. 2; McComb, Pike Co., MS | F | Rent | O | W | | | | | |
| 162. Rental Property No. 3; McComb, Pike Co., MS | E | Rent | N | W | | | | | |
| 163. Mineral Rts; Pike Co.,MS Denbury Energy | E | Royalty | L | W | | | | | |
| 164. Oakhurst Associates LP | | None | J | W | | | | | |
| 165. Pike County National Bank | A | Dividend | K | T | | | | | |
| 166. First SW Corp. Common Stock | F | Dividend | P1 | T | | | | | |
| 167. Regions National Bank | A | Interest | J | T | | | | | |
| 168. Timberland Walthall Co., MS; Two Tracts | C | Rent | P1 | W | | | | | |
| 169. Timberland Pike Co., MS 7 Tracts | E | Rent | P1 | W | | | | | |
| 170. Walker #1 Oil Investment, Walthall Co., MS | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. United Farms LLC, St. Francis Co., Arkansas | C | Rent | M | W | | | | | |
| 172. M-J-K, Inc. | A | Interest | J | W | | | | | |
| 173. Charles Schwab ▨ Account # 2 | | | | | | | | | |
| 174. MS Dev.Bank Special Obligation City of Jackson Bond ▨ | A | Interest | K | T | | | | | |
| 175. MS Dev. Bank Sepcial Obligation Greenville Bond | A | Interest | J | T | | | | | |
| 176. Educational Building Corp. Bond | A | Interest | J | T | | | | | |
| 177. MS Public Improvment Bank - Ridgeland Bond | A | Interest | J | T | | | | | |
| 178. * Duplicate w/ Line 195MS Home Corp. (Bond) | A | Interest | J | T | | | | | |
| 179. * Duplicate w/ Line 195 MS Home Corp - Single Family (Bond) | A | Interest | J | T | | | | | |
| 180. * Duplicate w/ Line 199 MS State (Bond) | B | Interest | K | T | | | | | |
| 181. Virginia Tobacco Settlement (Bond) | A | Interest | J | T | | | | | |
| 182. Parkway East Public Improvement (Bond) | B | Interest | J | T | | | | | |
| 183. Tarrant County, Texas (Bond ▨ | B | Interest | K | T | | | | | |
| 184. MS Developement Bank (Bond) | A | Interest | J | T | | | | | |
| 185. MS. Developement Bank (Bond) | A | Interest | J | T | | | | | |
| 186. Miss. Dev. Bank Special Obligation Jackson Pub. Sch Dis Bond | B | Interest | | | Redeemed | 05/20/13 | K | D | |
| 187. Miss. Business Finance Corporation (Bond) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Lowndes Co. Miss Solid Waste Disp. Pollution (Bonds) | B | Interest | K | T | | | | | |
| 189. Miss. Dev. Bank Spec. Oblig. Muni. Energy Agency (Bond) | A | Interest | K | T | | | | | |
| 190. Harris Co. Houston, TX Sports Authority (Bond) | A | Interest | J | T | | | | | |
| 191. Miss. Hosp. Equip. Facilities (bond) | A | Interest | J | T | | | | | |
| 192. Miss. Dev. Bank Special Oblig. Capital Projects (Bond) | B | Interest | K | T | | | | | |
| 193. Tobacco Settl. Finc. Corp of LA (Bond) | A | Interest | | | Redeemed | 08/19/13 | J | A | |
| 194. Miss. Dev. Bank Spec. Oblig. Munc. Energy (Bond) Agency | B | Interest | K | T | | | | | |
| 195. Miss. Home Corp. Single Fmly. Mortgage (Bond) | A | Interest | J | T | | | | | |
| 196. Puerto Rico Commonwealth Intra Financing (Bond) | A | Interest | J | T | | | | | |
| 197. Puerto Rico Commwealth Intra. Financing (Bond) | A | Interest | K | T | | | | | |
| 198. Miss. Development Bank Special Obligation (Bond) | A | Interest | J | T | | | | | |
| 199. Miss. State University Educational Building Corp. (Bond) | A | Interest | J | T | | | | | |
| 200. Miss. Development Bank Special Obligation | A | Interest | J | T | | | | | |
| 201. Warren Co, MS Gulf Opp Zone (Bond) | B | Interest | K | T | | | | | |
| 202. Miss. Dev Bank Special Oblg. Southhaven, MS | A | Interest | J | T | | | | | |
| 203. Ms. Dev Bank Spec Oblg, Jackson, MS (Bond) | B | Interest | K | T | | | | | |
| 204. Warren Co, MS Gulf Opp. Zone Int. Pap. (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. LA Local Govt. Envior. Facilities Comm Dev | A | Interest | J | T | | | | | |
| 206. MS Dev Bank Spec Oblg Capital Proj. (Bond) | A | Interest | J | T | | | | | |
| 207. MS Dev Bank Spec Oblg (Bond) | A | Interest | J | T | | | | | |
| 208. MS Dev Bank Special Oblg (Bond) | A | Interest | J | T | | | | | |
| 209. MS Bus Fin Corp Gulf Opp Zone South MS Elec | A | Interest | J | T | | | | | |
| 210. MS Hospital Equip. & Facilities | C | Interest | K | T | | | | | |
| 211. Scotsburg, Indiana Health Facility 7 | A | Interest | J | T | | | | | |
| 212. Stonebridge Pub Improvement Dist (Bond) | | None | J | T | | | | | |
| 213. MS Dev Bank Spec Oblg (Bond) | A | Interest | J | T | | | | | |
| 214. MS Dev Bank Spec Oblg (Bond) | A | Interest | J | T | | | | | |
| 215. Pearl River, MS Comm College Unit Housing (Bond) | A | Interest | | | Redeemed | 07/01/13 | J | A | |
| 216. Choctaw Co. AL Revenue (Bond) | A | Interest | | | Redeemed | 07/01/13 | J | A | |
| 217. Flowood, MS Tax Increment Financing (Bond) | A | Interest | J | T | | | | | |
| 218. First BankShares of Mississippi, d/b/a The First | A | Dividend | J | T | | | | | |
| 219. Georgia Govt Bonds | B | Interest | K | T | Buy | 06/19/13 | K | | |
| 220. Puerto Rico COFIN | A | Interest | J | T | Buy | 06/19/13 | J | | |
| 221. Miss. Dev. Bank Bond (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Miss. Hospital Equip. Bonds ▨ (Bond) | B | Interest | K | T | | | | | |
| 223. Miss. Dev. Bank Bond ▨ (Bond) | A | Interest | J | T | | | | | |
| 224. City of Gulfport Bond ▨ | A | Interest | J | T | Buy | 06/24/13 | J | | |
| 225. Entergy Corp | B | Dividend | K | T | | | | | |
| 226. Great Plains Energy | A | Dividend | J | T | | | | | |
| 227. Phosphate Holdings | | None | J | T | | | | | |
| 228. AK Steel Holding | | None | J | T | | | | | |
| 229. Hancock John Financial Bank Shares | A | Dividend | J | T | | | | | |
| 230. Louisiana Public Facilities Bond ▨ | A | Interest | J | T | | | | | |
| 231. Univ Southern Miss Bond ▨ | A | Interest | J | T | | | | | |
| 232. Wood County W VA Bond ▨ | A | Interest | J | T | | | | | |
| 233. Timberland Covington County, Mississippi | | None | P1 | W | | | | | |
| 234. Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 235. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 236. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 237. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 238. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Mineral Rights, Pike County., MS | A | Royalty | J | W | | | | | |
| 240. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 241. Mineral Rights, Covington Co, MS | | None | J | W | | | | | |
| 242. Time Share Condo; New Orleans, LA | | None | J | W | | | | | |
| 243. Note and Mortgage Receivable (Magee) | E | Interest | N | T | | | | | |
| 244. x-Progress Timberlands LLC, Lamar Co. Timberland | E | Distribution | P1 | W | Buy | 02/20/13 | P1 | | Plum Creek Timberlds LLC |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/25/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

Line 34.  Continental Airlines. Duplication.  Name Changed to United Continental Holdings (Line 54).

Line 37.  Newport Mining Bond. Duplication.  Name Changed to Newmont Mining Convertible Debenture (Line 40).

Line 51. Teck Resources, Ltd.  Duplication with Line 56.

Line 52.  UAL Corp. Duplication with Line 29.

Line 55.  U.S. Airways merged with American Airlines on 12/9/13.

Line 82.  Liberty Mines changed name to Northern Sun Mining Company.

Line 84.  Intel Corp - duplication with Line 143.

Line 108.  Caterpillar - duplication with Line 153.

Line 121. Calpine Corp. - duplication with Line 141.'

Line 133.  U.S. Airways merged with American Airlines on 12/9/13.


VII. Investments and Trusts - Additional Information

United Airlines was known as Continental Airlines, United continental Holdings and UAL Corp.  The names were changed following a merger and now the company is known as United Continental Holdings.  The names were changed as necessary.

US Airways merged with American Airlines on December 9, 2013.  U.S. Airways was absorbed into American Airlines and next year on my disclosure I will only list it as American Airlines.

There were some duplications of the bonds owned by Keith Starrett listed on lines 174 - 217.  The duplications have been removed.

Progress Timberlands LLC is an entity created with two partners to purchase timberland.  The purchase was completed in 2013 and the LLC purchased timberland in Lamar County, Mississippi.  The timberland is managed and potential income is from timber sales, land sales, and hunting leases.   As per instructions from Amy on the staff of the Committee on Financial Disclosure, any income of Progress Timberlands will be shown as a distribution and the individual transactions will not be   listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544